UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TUNG H. NGO, and BAO QUVEN VU, Plaintiffs, <br> v. <br> JOSE JESUS MARQUEZ, *et al.*, Defendants. | Case No. 8:24-cv-00986-CV (KESx) <br><br> **ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS ACTION FOR LACK OF PROSECUTION** |
| --- | --- |

The final pretrial conference ("FPTC") and trial are set for April 10, 2026, and April 28, 2026, respectively.  Doc. # 38.  The parties were required to but did not file a Witness List, a Joint Exhibit List, and a Joint Status Report Regarding Settlement at least twenty-eight (28) days before the FPTC. *Id.* at 8–9. Additionally, the parties were required to but did not file a Joint Proposed Final Pretrial Conference Order, Joint Agreed Upon Jury Instructions, Disputed Proposed Jury Instructions, Joint Proposed Verdict Forms, and a Joint Proposed Statement of the Case at least fourteen (14) days before the FPTC. *Id.*

Accordingly, the court **ORDERS** Plaintiffs Tung H. Ngo and Bao Quven Vu ("Plaintiffs") to show cause ("OSC"), in writing within fourteen (14) days of this order,

why the court should not dismiss this action for lack of prosecution.  *See* Fed. R. Civ. P. 41(b) (the court may dismiss an action or claim for failure to prosecute).  Failure to respond timely may result in dismissal of this action without further notice.

In light of the above, the FPTC and trial dates are hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: April 6, 2026

_Cynthia Valenzuela_
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

2